# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## OXFORD DIVISION

**ARNELL LEE**                                                                                   **PLAINTIFF**

**NO. 3:18CV00058-NBB-JMV**

**F. FIGUERON, *Warden*, ET AL.**                                        **DEFENDANTS**

## ORDER REQUIRING SUBMISSION OF INMATE TRUST ACCOUNT INFORMATION

Before the court is the application of Arnell Lee for leave to proceed in this action filed pursuant to 42 U.S.C. § 1983 without prepayment of costs or giving security therefor [2]. The court, having reviewed the application, finds it well taken. Nevertheless, Plaintiff is obligated to pay the full statutory filing fee for this action despite his eligibility for pauper status. Accordingly, Plaintiff will be required to make monthly payments of 20 percent of the preceding month's income credited to his prisoner account until he has paid the total filing fee of $400.00. 28 U.S.C. §1915(b)(2). Therefore, before the motion is granted and before process issues for any defendant, Plaintiff must, within fourteen (14) days of this date, submit address information for the entity that is the custodian of his prison trust account in California. Plaintiff is warned that failure to comply with this order may lead to dismissal of this action for failure to prosecute and/or failure to obey an order of the court.

**THIS,** the 17th day of October, 2018.

                                               /s/ Jane M. Virden
                                               U. S. Magistrate Judge