**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

ARNELL LEE                                                                                              PLAINTIFF

NO. 3:18CV00058-NBB-JMV

F. FIGUERON, *Warden*, ET AL.                                                            DEFENDANTS

## AMENDED ORDER

Before the Court is Plaintiff's response to this Court's February 5 Show Cause Order [16]. By that Order the Court directed Plaintiff to—within 14 days—either complete service of process or show cause why this action should not be dismissed. In his response [19] Plaintiff explains difficulty he has had locating the individual defendants following issuance of the Court's Order. The Court notes that Defendant "Correctional Corporation of America," however, has now been served and has answered the Complaint. Also, by his response, Plaintiff seeks additional time to serve the remaining defendants and leave to file a pro hac vice application on behalf of associated counsel with permission to file the required certificate of good standing upon receipt from California.

Though it appears that Plaintiff's attempts at service of process in this case all postdate the February 5 Show Cause Order, Plaintiff is hereby granted time until 4/2/19 to serve the remaining defendants. No additional time will be granted except upon a showing of good cause. In the interim, however, this case will be set for a case management conference.

With respect to the request for leave to file a pro hac vice application without the required certificate of good standing, the docket reflects this request is now moot.

**SO ORDERED** this 11th day of March, 2019.

/s/ Jane M. Virden
U. S. Magistrate Judge